UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

DAVID SANCHEZ-RAMIREZ

Defendant(s).

Case No.  1:26-CR-33

Hon.  Paul L. Maloney

**GOVERNMENT'S
INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT**

I.      DISCOVERY

A.      Statements of Defendant

1.      Oral Statements (Rule 16(a)(1)(A))

☐      There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒      There are the following written records of oral statements:

> Form I-213 (2/21/2018), (2/23/2018), (5/3/2018), (11/18/2018), (2/19/2026)
> Cass County Sheriff's Office Incident Report (2/20/2024)
> Cass County Supplement (2/20/2024)
> EARM Report (11/17/2018)

The substance of which

☒      has been disclosed to defense counsel.

☐      will be disclosed to defense counsel by _____ .

2.      Written or Recorded Statements (Rule 16(a)(1)(B))

☐      There are no written or recorded statements or grand jury testimony of defendant.

☒      There are the following written or recorded statements or grand jury testimony:

> Affidavits (2/23/2018), (5/4/2018), (11/18/2018), (2/21/2018), (2/19/2026)

All written or recorded statements

☒      have been disclosed to defense counsel.

☐      will be disclosed to defense counsel by _____ .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☒ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history.  The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:

   ☐ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)

   ☐ Controlled Substances: _____

   ☐ Records: _____

   ☐ Firearms: _____

   ☒ Other: _____ Attachment _____

☐ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:

   ☐ State

   ☐ Federal:

     Case No._____ Re: _____

     Case No._____ Re: _____

     Case No._____ Re: _____

☒ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with:
   Deportation Officer Jayla Williams

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:

   ☐ Drug Analysis   ☐ Handwriting   ☒ Fingerprints

   ☐ DNA   ☐ Firearms/Nexus   ☐ Gun Operability

   ☐ Computer Forensics   ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F.  <u>Notice Under FRE 404(b)</u>

☐ The Government does not presently intend to introduce 404(b) evidence.

☒ The Government does presently intend to introduce the following 404(b) evidence:

> Removal on 2/21/2018, 2/23/2018, 6/29/2018, 11/19/2018
> Conviction for illegal reentry on 6/26/2018

☒ The Government will provide pretrial notice of 404(b) evidence by <u>date of arraignment</u> .

G.  <u>Other Discovery Matters</u>

## II.  <u>TRIAL</u>

A.  The Government requests a  ☒ jury  ☐ non-jury  trial.

B.  The length of trial excluding jury selection is estimated at <u>1 day</u> .

## III.  <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel.  The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

> No concessions within 2 weeks of date set for trial.

Date <u>April 8, 2026</u>     <u>/s/ Donald Daniels</u>

Counsel for the United States

**ATTACHMENT TO GOVERNMENT'S INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT**

USCIS Personal Description Display (03/09/2026)

NNSV Query Result Printout (03/09/2026)

Judgments:    Western District of Texas (06/27/2018)

              43d Circuit Court (05/31/2024)

Order to Remit (5/31/2024)

Forms I-205 – Warrants of Removal (02/23/2018). (06/28/2018), (05/04/2018), (11/18/2018), (11/19/2018), (02/19/2026)

Forms I-294 – Warnings to Alien (02/23/2018), (05/04/2018), (11/18/2018), (02/19/2026)

MDOC Sentencing Information Report (05/31/2024)

Nolle Prosequi (04/29/2024)

Information (03/19/2024)

Forms I-871 – Notice of Reinstatement (05/4/2018), (11/18/2018), (02/21/2024), (02/23/2018), (02/19/2026)

Form I-860 – Order of Expedited Removal (02/21/2018)

Form I-296 – Notice and Verification (02/21/2018)

Form I-867B (02/21/2018)

Parole Order (08/25/2025)

Pre-Release Notice (01/27/2026)

FINS Reports (02/20/2018), (02/21/2018), (02/23/2018), (02/23/2018), (05/04/2018), (05/04/2018), (11/17/2018), (11/18/2018), (02/20/2024), (02/19/2026)

CJIS Printout (02/19/2026)

Immigration Detainers (02/21/2024), (03/12/2026)

Fingerprint Card – Undated